# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF PENNSYLVANIA

PENNENVIRONMENT and SIERRA CLUB,
    Plaintiffs,

**NOTICE**

v.

PPG INDUSTRIES, INC., et al.,
      Defendants.

Case Number: 12-342

TYPE OF CASE:

_____ CIVIL _____

X

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States Post Office and Court House | **Suite 9240, 9th Floor** |
| 7th Avenue and Grant Streets | DATE AND TIME: |
| Pittsburgh, PA  15219 | October 15, 2015 at 1:00 p.m. |

TYPE OF PROCEEDING

**Status Conference**.

☐    **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|---|
|  |  |  |

s/Robert C. Mitchell
U.S. MAGISTRATE JUDGE

**DATE:** September 16, 2015

By: Sheldon P. Catz
Law Clerk